STATE v. MIDGETT

No. 14.

Case below:   8 N.C. App. 230.

Motion of Attorney General to dismiss appeal allowed and petition for stay of execution denied 24 June 1970.

STATE v. TAYLOR and STATE v. CHAPMAN and STATE v. ABERNETHY

No. 64 PC.

Case below:   8 N.C. App. 88.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 24 June 1970.

SUPPLY CO. v. MOTOR LODGE

No. 65 PC.

Case below:   7 N.C. App. 701.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 24 June 1970.

TICKLE v. INSULATING CO.

No. 63 PC.

Case below:   8 N.C. App. 5.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 12 June 1970.

TIGHTS, INC. v. HOSIERY CO.

No. 54 PC.

Case below:   7 N.C. App. 369.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 12 June 1970.

YAGGY v. B.V.D. CO.

No. 67 PC.

Case below:   7 N.C. App. 590.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 12 June 1970.